## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

RICHARD IVERSON,

        Plaintiffs,

v.

JANE/JOHN DOE, SCOTT REYNOLDS,
DR. LENZ, AND PATINO PRESS,

        Defendants.

Civil Action No. 24-631-GBW-SRF

## ORDER

At Wilmington, Delaware this 27th day of July 2026:

WHEREAS, on October 27, 2025 Defendants Jane/John Doe, Scott Reynolds, Dr. Lentz, and Patino Press ("Defendants") filed a Motion to Dismiss (D.I. 26) ("Defendant's Motion");

WHEREAS, on June 10, 2026, Magistrate Sherry R. Fallon ("Judge Fallon") issued a Report and Recommendation ("the Report and Recommendation") in which Judge Fallon recommended that the Court grant-in-part Defendants' Motion and dismiss "Defendants Scott Reynolds and Jane/John Doe from the case without prejudice," and deny Defendants' Motion in all other respects (D.I. 49 at 7);

WHEREAS, the Report the Recommendation further recommended that the Court strike "paragraphs 9 and 10 of the complaint pursuant to Rule 12(f)," (D.I. 49 at 7);

WHEREAS, objections to the Report and Recommendation were due on June 24, 2026, (D.I. 49 at 7); *see also* Fed. R. Civ. P. 72(b)(2); D. Del. LR 72(b);

WHEREAS, no objections have been filed as of July 27, 2026, (*see Iverson v. May, et al.*, C.A. No. 24-631-GBW-SRF); and

WHEREAS, the Court has given the Report and Recommendation reasoned consideration, and agrees with its conclusions for the reasons stated therein, *see Equal Emp. Opportunity Comm'n*

*v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (district judges required to give report and recommendation of a magistrate judge, for which no timely objections have been filed, reasoned consideration).

THEREFORE, **IT IS HEREBY ORDERED** that:

1.   The Report and Recommendation (D.I. 49) is **ADOPTED**;

2.   Defendants' Motion (D.I. 26) is **GRANTED-IN-PART** and **DENIED-IN-PART** as follows:

   a.   Defendants' Motion as to Scott Reynolds and John/Jane Doe is GRANTED. Defendants Scott Reynolds and John/Jane Doe are **DISMISSED** without prejudice;

   b.   Defendants' Motion is **DENIED** in all other respects;

3.   Paragraphs 9 and 10 of the Complaint (D.I. 3) are **STRICKEN**.

_____
GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE